UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PABLO AGUILAR,

     Petitioner,

v.

KEVIN RAYCRAFT, KRISTI NOEM,
and PAM BONDI,

     Respondents.

Case No. 25-13497
Honorable Laurie J. Michelson

## ORDER FOR STATUS REPORT

On November 3, 2025, Pablo Aguilar filed a petition for a writ of habeas corpus seeking "a prompt individual bond hearing under 8 USC §1226(a) or, alternatively, his release from custody." (ECF No. 1, PageID.1.) On November 21, 2025, Aguilar was released from custody. (ECF No. 6-3.) More specifically, he was "granted parole until November 21, 2026." (*Id.*)

Aguilar suggests that this release does not moot his petition. (*See* ECF No. 7.) But the Court does not intend to issue an advisory opinion on the chance that Aguilar might be re-detained at some point in the future. Thus, Aguilar is directed to docket a status report by December 2, 2025, as to what transpired at the December 1, 2025, meeting at the Chicago Field Office, especially including whether he remains released from custody.

SO ORDERED.

Dated: November 26, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE