UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PABLO AGUILAR,

    Petitioner,

v.

KEVIN RAYCRAFT, KRISTI NOEM, and PAM BONDI,

    Respondents.

Case No. 25-13497
Honorable Laurie J. Michelson

# JUDGMENT

In accordance with the order entered today, it is hereby ORDERED and ADJUDGED that Pedro Aguilar's petition for a writ of habeas corpus is GRANTED IN PART. The Court DECLARES that Aguilar's removal proceedings, including his recent conditional parole, are governed by 8 U.S.C. § 1226(a), not § 1225(b) and that Respondents' policy or interpretation to the contrary violates the Immigration and Nationality Act.

SO ORDERED.

Dated this 8th day of December 2025 in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

APPROVED:

By: s/Tina Damoah
DEPUTY COURT CLERK

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2025